```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06175
   CURTIS MATHEW NOVAK
   CHERYL LYNN NOVAK                      CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-0952    SSN XXX-XX-5761
```

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 04/05/07 and confirmed on 06/08/07.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  18888.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 422.50 | .00 | 422.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3056.58 | .00 | 512.49 |
| BECKET & LEE LLP | UNSECURED | 175.71 | .00 | 29.46 |
| AT&T UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5953.26 | .00 | 998.18 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 5682.18 | .00 | 952.73 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 16131.19 | .00 | 2704.71 |
| DUPAGE CREDIT UNION | UNSECURED | 11153.36 | .00 | 1870.08 |
| DUPAGE CREDIT UNION | UNSECURED | 8779.00 | .00 | 1471.97 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4430.55 | .00 | 742.87 |
| MIDWEST CTR FOR ADV IMAG | UNSECURED | 3734.40 | .00 | 626.14 |
| NATIONAL CITY CARD SERVI | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 12646.22 | .00 | 2120.38 |
| ROLALIND FRANKLIN UNIV C | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| WOMENS HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8107.57 | .00 | 1359.39 |
| DISCOVER BANK | UNSECURED | 8386.25 | .00 | 1406.12 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14396.66 | .00 | 2413.88 |
| LINDA K GALLO MD MS | UNSECURED | 102.80 | .00 | 17.24 |

          Summary of disbursements:

```
                     SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    422.50           .00    102735.73           .00     103158.23
PRINCIPAL PAID        422.50           .00     17225.64           .00      17648.14
INTEREST PAID            .00           .00          .00           .00           .00
TOTAL PAID            422.50           .00     17225.64           .00      17648.14
```

The Debtor's attorney, RICHARD E SEXNER              , was allowed $   2500.00
and was paid $   2081.00   direct and $    419.00   through the plan.

The Trustee received $     820.86 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/11/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 06175 CURTIS MATHEW NOVAK & CHERYL LYNN NOVAK